UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>REGULUS GROUP LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-80266 MISC JSW (EMC)<br><br>**ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL WELLS FARGO BANK N.A. TO COMPLY WITH SUBPOENA**<br>**(Docket Nos. 1-2)** |

   Plaintiff RLI Insurance Company has filed a motion, asking the Court to order a third party, Wells Fargo Bank N.A., to comply with a subpoena. RLI has also asked that the motion be heard on shortened time because of an upcoming discovery deadline (of December 31, 2005).

   Subsequently, RLI and Wells Fargo informed the Court that they had agreed on a briefing schedule for the motion to compel under which the opposition would be due on December 7, 2005, and the reply on December 9, 2005. RLI requested that the motion then be heard by the Court as soon as possible thereafter.

///

///

///

///

///

///

**United States District Court**
For the Northern District of California

1   The Court hereby adopts the briefing schedule proposed by RLI and Wells Fargo. It also
2  orders that each party fax a *courtesy copy* of its respective brief to chambers at (415) 522-4200 no
3  later than 4:00 p.m. the day that the brief is due. Finally, the Court orders that a hearing on the
4  motion to compel shall be held on **December 14, 2005, at 10:30 a.m.** The parties may appear
5  telephonically, as requested by Wells Fargo.

6   In light of the above, RLI's motion for shortened time is denied as moot.

7   RLI is ordered to *immediately* serve a copy of this order on Wells Fargo as well as on
8  Defendants in this case.

9   This order disposes of Docket No. 2.

11   IT IS SO ORDERED.

13  Dated: November 23, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge