# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RLI INSURANCE COMPANY,

        Plaintiff,

No. CV 05 80266-MISC

**STIPULATION AND ORDER**

v.

REGULUS GROUP LLC, and
REGULUS INTEGRATED
SOLUTIONS, LLC,

        Defendants.

IT IS HEREBY STIPULATED AND AGREED that the schedule for briefing and hearing plaintiff RLI Insurance Company's motion to compel with respect to the subpoena, dated September 28, 2005, served on non-party Wells Fargo Bank, N.A., shall be amended as follows:

1. Wells Fargo Bank, N.A. shall submit its responsive brief no later than December 12, 2005.

2. RLI Insurance Company shall submit its reply brief no later than December 14, 2005.

3. The hearing on the motion to compel shall be held telephonically on December 21, 2005.

Dated: December 7, 2005

MORISON-KNOX HOLDEN & PROUGH LLP

*John J. Rasmussen / mx - by permission*

John J. Rasmussen
Philip D. Witte
Joel M. Eads
500 Ygnacio Valley Rd., Ste. 450
Walnut Creek, CA 94596
Telephone: (925) 937-9990

Attorneys for Plaintiff
RLI Insurance Company

Dated: December 7, 2005

FAEGRE & BENSON LLP

Charles F. Webber
Michael M. Krauss
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Non-Party
Wells Fargo Bank, N.A.

M2:20760107.01

SO ORDERED:

Hon. Ed
Judge Edward M. Chen