1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    RLI INSURANCE COMPANY,                    No. C-05-80266-MISC JSW (EMC)
9              Plaintiff,                      **ORDER RE PLAINTIFF'S MOTION TO
                                               COMPEL WELLS FARGO BANK, N.A.**
10        v.                                   **TO COMPLY WITH SUBPOENA**
11   REGULUS GROUP, LLC, et al.,
                   Defendants.
12   _____/
13
14

15        According to Plaintiff RLI Insurance Company's ("RLI") moving papers, RLI has filed a

16   declaratory judgment action in the United States District Court for the Eastern District of

17   Pennsylvania.  On November 10, 2005, RLI filed the present motion to compel Wells Fargo Bank,

18   N.A. ("Wells Fargo") to comply with a subpoena issued out of the Northern District of California.

19   Wells Fargo has not timely filed an opposition to the motion to compel.  Counsel for RLI and Wells

20   Fargo have informed the Court that the parties are continuing to attempt to resolve the discovery

21   dispute at issue in the underlying motion.

22        IT IS HEREBY ORDERED that counsel for RLI and Wells Fargo shall further meet and

23   confer and shall file, by 10 a.m., December 19, 2005, a joint statement outlining discovery issues yet

24   outstanding in the event that the parties are unable to resolve their differences.  For each remaining

25   dispute, the parties should provide brief statements in support of their respective positions, including

26   citation to any applicable legal authority.  The parties should use the attached template for their joint

27   letter.  RLI shall electronically file the joint letter, and shall fax a *courtesy copy* of the joint letter to

28   chambers at (415) 522-4200 by the specified time.

United States District Court
For the Northern District of California

1    If not withdrawn, RLI's motion shall be heard, with telephonic appearance of the parties, on

2  December 21, 2005 at 10:30 a.m.

3    RLI is ordered to serve *immediately* a copy of this order on Wells Fargo as well as on

4  Defendants in this case.

5  Dated:  December 15, 2005

6                                        _____

7                                        EDWARD M. CHEN
                                         United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  [Date]

2

3  VIA [METHOD]¹

4  Honorable Edward M. Chen
   United States Magistrate Judge
5  U.S. District Court
   450 Golden Gate Avenue
6  San Francisco, CA 94102

7         Re: [Case number and case name]

8  Dear Judge Chen:

9         The parties have met and conferred regarding several discovery disputes.  The meet and
   confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and
10 [Defendant's attorney], representing Defendant.  The meet and confer was in person and lasted
   approximately [minutes or hours].
11
                    **I.    RESOLVED DISCOVERY DISPUTES**
12
13        The parties reached agreement on several discovery disputes.  Those agreements are as
   follows:

14        [Description of Agreement No. 1.]

15        [Description of Agreement No. 2.]

16        [Description of Agreement No. 3, etc.]

17                **II.    REMAINING DISCOVERY DISPUTES**

18        The parties were not able to reach agreement on the remaining discovery disputes.  Those
   remaining disputes and the parties' respective positions are provided below.  Copies of the relevant
19 discovery requests and responses are attached as Exhibits [numbers].²

20 A.     [Dispute No. 1]

21        1.      [Position of Party Seeking Discovery]³

22        2.      [Position of Party Opposing Discovery]

23 _____

24        ¹ Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to
   chambers.  If so, counsel should still file a copy of the joint letter with the Clerk of the Court.  The letter
25 faxed to chambers is a courtesy copy only.  *As a general matter, parties may not fax any papers to the
   Court without prior leave of the Court.*

26        ² Note for Counsel: Unnecessary exhibits should not be attached.

27        ³ Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph).
28 The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing.
   The Court may order full briefing and/or a hearing if necessary.

B.      [Dispute No. 2]

      1.      [Position of Party Seeking Discovery]

      2.      [Position of Party Opposing Discovery]

C.      [Dispute No. 3]

      1.      [Position of Party Seeking Discovery]

      2.      [Position of Party Opposing Discovery]

D.      [Dispute No. 4, etc.]

      1.      [Position of Party Seeking Discovery]

      2.      [Position of Party Opposing Discovery]

Sincerely,


[Plaintiff's counsel]                         [Defendant's counsel]
Attorney for Plaintiff                        Attorney for Defendant

**United States District Court**
For the Northern District of California