**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    RLI INSURANCE COMPANY,                    No. C-05-80266 MISC JSW (EMC)

9              Plaintiff,

10        v.                                   **ORDER SETTING HEARING ON**
                                               **PLAINTIFF'S RENEWED MOTION TO**
11   REGULUS GROUP LLC, *et al.*,              **COMPEL WELLS FARGO BANK N.A.**
                                               **TO COMPLY WITH SUBPOENA FOR**
12             Defendants.                     **30(b)(6) DEPOSITION**

13   _____/

14

15        Plaintiff RLI Insurance Company has renewed its motion to compel third party, Wells Fargo

16   Bank N.A. ("Wells Fargo"), to comply with a subpoena for a Rule 30(b)(6) deposition (Docket No.

17   18).  RLI states that it withdrew its prior motion because Wells Fargo had agreed to produce its

18   30(b)(6) witness on January 18, 2006, but has since moved the deposition date to January 31, 2006.

19   RLI has requested that its renewed motion be heard by the Court as soon as possible because of the

20   upcoming discovery deadline of January 31, 2006.  RLI represents that Wells Fargo agreed to file its

21   opposition to a renewed discovery motion within five days.

22        Accordingly, the Court hereby orders Wells Fargo and RLI to further meet and confer on the

23   dispute over the 30(b)(6) deposition.  Furthermore, *in lieu of any opposition or reply brief*, the

24   parties shall file a joint letter on January 18, 2005, discussing the results of their meet and confer.

25   The joint letter should reflect when the meet and confer took place, how long it lasted, and who

26   participated.  The joint letter should also inform the Court of the issues on which the parties were

27   able to which agreement and the issues, if any, still in need of resolution.  For each remaining

28   dispute, the parties should provide brief statements in support of their respective positions, including

1    citation to any applicable legal authority.  The parties should use the attached template for their joint

2    letter.

3            It is further ordered that the parties fax a *courtesy copy* of its joint letter brief to chambers at

4    (415) 522-4200 no later than 4:00 p.m. on January 18.  Finally, the Court orders that a hearing on the

5    motion to compel shall be held on **January 25, at 10:30 a.m.**

6            RLI is ordered to *immediately* serve a copy of this order on Wells Fargo as well as on

7    Defendants in this case.

8            IT IS SO ORDERED.

9

10   Dated:  January 11, 2006

11                                                    _____

12                                                    EDWARD M. CHEN
                                                     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   [Date]

2

3   <u>VIA [METHOD]</u>[1]

4   Honorable Edward M. Chen
    United States Magistrate Judge
5   U.S. District Court
    450 Golden Gate Avenue
6   San Francisco, CA 94102

7           Re: [Case number and case name]

8   Dear Judge Chen:

9           The parties have met and conferred regarding several discovery disputes.  The meet and
    confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and
10  [Defendant/Third Party's attorney], representing Defendant/Third Party.  The meet and confer was
    in person and lasted approximately [minutes or hours].

11
                        **I.    RESOLVED DISCOVERY DISPUTES**
12
            The parties reached agreement on several discovery disputes.  Those agreements are as
13  follows:

14          [Description of Agreement No. 1.]

15          [Description of Agreement No. 2.]

16          [Description of Agreement No. 3, etc.]

17                      **II.    REMAINING DISCOVERY DISPUTES**

18          The parties were not able to reach agreement on the remaining discovery disputes.  Those
    remaining disputes and the parties' respective positions are provided below.  Copies of the relevant
19  discovery requests and responses are attached as Exhibits [numbers].[2]

20  A.      [Dispute No. 1]

21          1.      [Position of Party Seeking Discovery][3]

22          2.      [Position of Party Opposing Discovery]

23  _____

24          [1] Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to
    chambers.  If so, counsel should still file a copy of the joint letter with the Clerk of the Court.  The letter
25  faxed to chambers is a courtesy copy only.  *As a general matter, parties may not fax any papers to the
    Court without prior leave of the Court.*

26          [2] Note for Counsel: Unnecessary exhibits should not be attached.

27          [3] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph).
    The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing.
28  The Court may order full briefing and/or a hearing if necessary.

1     B.      [Dispute No. 2]

2             1.      [Position of Party Seeking Discovery]

3             2.      [Position of Party Opposing Discovery]

4     C.      [Dispute No. 3, etc.]

5             1.      [Position of Party Seeking Discovery]

6             2.      [Position of Party Opposing Discovery]

7

8     Sincerely,

9

10    [Plaintiff's counsel]                          [Defendant/Third Party's counsel]
      Attorney for Plaintiff                         Attorney for Defendant/Third Party
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California