UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RLI INSURANCE COMPANY,

Plaintiff,

vs.

REGULUS GROUP, LLC and REGULUS INTEGRATED SOLUTIONS, LLC

Defendants.

NO. C-05-80266 MISC JSW (EMC)

(United States District Court for the Eastern District of Pennsylvania, Civil No. 05-CV-1216)

STIPULATION AND [PROPOSED] ORDER

RLI and Wells Fargo have agreed regarding RLI's pending motion to compel. Under this agreement, Wells Fargo will present a Rule 30(b)(6) witness or witnesses on January 31, 2006, at 9:00 a.m. CST in Minneapolis, Minnesota at the offices of Faegre & Benson, LLP. This witness or the witnesses will offer testimony under RLI's subpoena and deposition notice.

The parties made this agreement with the understanding that the Eastern District of Pennsylvania will extend the discovery deadline should RLI believe that a motion to compel is necessary following the scheduled deposition.

It is therefore ordered that the joint response date for RLI's pending motion to compel shall be continued until February 7, 2006. The hearing on the motion to compel is continued from January 25 to February 15, 2006, 10:30 a.m., in Courtroom C.

Dated: January 19, 2006

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

EDWARD M. CHEN

United States Magistrate Judge

SEEN AND AGREED

/s/ John J. Rasmussen /by C.C.P.

WILLIAM C. MORISON, ESQ. (No. 99981)
JOHN J. RASMUSSEN, ESQ. (No. 179644)
PHILIP D. WITTE, ESQ. (No. 112217)
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for RLI Insurance Company

/s/ M. Krauss

CHARLES F. WEBBER, ESQ.
MICHAEL M. KRAUSS, ESQ.
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Attorneys for Wells Fargo Bank, N.A.